**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:15-CR-00196-RJC-DSC**

| | |
|---|---|
| **USA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **JIMMY ANTOINE MCDONALD,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc.

No. 3), of the Indictment, (Doc. No. 1), without prejudice.

**IT IS ORDERED** that the Government's motion, (Doc. No. 3), is **GRANTED** and the

Indictment, (Doc. No. 1), is **DISMISSED** without prejudice.

Signed: September 9, 2015

Robert J. Conrad, Jr.
United States District Judge